UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| DANIEL JASON COWLES,<br><br>    Plaintiff,<br><br>-vs-<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and CFS OF FT. WALTON, FL, LLC,<br><br>    Defendants. | CASE NO. 3:24-cv-00135-MCR-ZCB |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC.**

COMES NOW Plaintiff, DANIEL JASON COWLES, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses his causes of action in the Complaint against the Defendant, EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"). Defendant, Experian, has neither filed an answer to the Complaint, nor a motion for summary judgment, therefore dismissal under Rule 41 (a)(1)(A)(i) is appropriate.

Dated this 22nd day of July, 2024.

/s/ Octavio Gomez
Octavio "Tav" Gomez
Florida Bar No.: 0338620
Georgia Bar No.: 617963
Pennsylvania No.: 325066
The Consumer Lawyers PLLC

412 E. Madison St, Suite 916
Tampa, FL 33602
Cell: (813) 299-8537
Facsimile: (844) 951-3933
Tav@theconsumerlawyers.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 22nd day of July, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/ Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar No.: 0338620
The Consumer Lawyers
*Attorney for Plaintiff*